Morris Reisler, an Infant, etc., v. John H. Springer.— Motion granted.

Henry D. Miller v. Crown Perfumery Company.— Motion denied, with ten dollars costs.

Augustus H. Grote v. Ida F. Grote.— Motion granted. Question certified.

Edward J. Dunphy v. Cornelius Callahan.— Motion granted. Question certified.

In the Matter of Edward J. Dunphy.— Motion granted, with ten dollars costs.

In the Matter of Riverside Drive.— Motion denied on payment of ten dollars costs, and on condition that appellant have appeal ready for argument at the October term.

In the Matter of Antonio Spinelli. — Reference ordered to take proof of the facts stated in the petition, and as to the identity of the infants for whom the petitioner was appointed guardian, as the owners of the property involved in this proceeding. Settle order on notice.